

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00238-CR

| | | |
|---|---|---|
| Gary Allen Haney a/k/a Gary Dale Hooper | § | From the 355th District Court |
| | § | of Hood County (CR12616) |
| | § | May 28, 2015 |
| v. | § | Per Curiam |
| | § | (nfp) |
| The State of Texas | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. The judgment is modified to delete the restitution award; the order to withdraw funds is modified to delete restitution of $140 and a restitution fee of $12 from the total cost figure of $566, thereby reducing the total cost amount to $414; and we order the district clerk to delete the $12 restitution fee from the bill of costs, which will also reduce the total costs in that document to $414. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM